UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-1657 CAS (MRW) | Date | September 19, 2018 |
|---|---|---|---|
| Title | Akashdeep Singh v. Kirstejen Nielsen | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None Present | | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

Petitioner filed a notice dismissing the petition. (Docket # 11.) This action is dismissed without prejudice.